UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-MJ-5010-LSS

United States of America
        Plaintiff,

v.

Bryan Roger Bishop
        Defendant,
_____/

## ORDER OF REMOVAL

    It appearing that in the **District of Columbia**, a Complaint was filed against the above-named defendant on a charge of Civil Disorder, and Entering and Remaining in a Restricted Building or Grounds, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Lurana S. Snow at Key West, Florida, which officially committed the defendant for removal to the **District of Columbia**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

    And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Lurana S. Snow for removal and released to $ _100,000 P.S.B., with conditions_ which was approved by the United States Magistrate Judge Lurana S. Snow, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

    DONE AND ORDERED at Key West, Florida on 08/08/2023.

                                               _/s/ Lurana S. Snow_
                                                Lurana S. Snow
                                              United States Magistrate Judge