UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-5010-SNOW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BRYAN ROGER BISHOP,

       Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Ian McDonald. Please direct any future inquiries, pleadings or correspondence to Ian McDonald on behalf of the Defendant, Bryan Roger Bishop.

       Respectfully submitted,

       MICHAEL CARUSO
       FEDERAL PUBLIC DEFENDER

BY:   s/*Ian McDonald*
       Ian McDonald
       Assistant Federal Public Defender
       Special A No. A5502117
       150 West Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel:  305-530-7000
       E-Mail Address: Ian_McDonald@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **August 9, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ian McDonald
Ian McDonald